UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Aayushi Ashokkumar Srivastava, <br><br> Plaintiff(s), <br><br> v. <br><br> U.S. Citizenship & Immigration Srv. <br><br> Defendant(s). | Case No. 4:21-cv-09913-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**; ORDER <br> (CIVIL LOCAL RULE 11-3) |

I, Daniel P. Pierce, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Aayushi A. Srivastava in the above-entitled action. My local co-counsel in this case is Brooke A. Pyo, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 282326.

1101 15th St., N.W. Washington, DC 20005
MY ADDRESS OF RECORD

2755 Orchard Parkway San Jose, CA 95134
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(202)223-5515
MY TELEPHONE # OF RECORD

(408)235-3554
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dpierce@fragomen.com
MY EMAIL ADDRESS OF RECORD

bpyo@fragomen.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 988836.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court two times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/16/2022

Daniel P. Pierce
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Daniel P. Pierce is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/23/2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

 

# United States District & Bankruptcy Courts
# for the District of Columbia

CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

### DANIEL PAUL PIERCE

was, on the  7th  day of  December  A.D.  2009  admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this  27th  day of  January  A.D.  2022 .



**ANGELA D. CAESAR,** Clerk of Courts

By:  *Natalee McClure*
**Deputy Clerk**