STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| AAYUSHI ASHOKKUMAR SRIVASTAVA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | C 4:21-cv-09913 HSG<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH DEFENDANTS MUST FILE A RESPONSE AND ORDER** |

    Plaintiff, by and through her attorney of record, and Defendant, by and through its attorney of record, hereby stipulate to a 21-day extension of time within which the Defendant must serve the answer or otherwise respond in the above-entitled action. Defendant will file its response on or before March 29, 2022.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Currently, if Plaintiff has not filed a motion for summary judgment by 90 days after the Complaint was filed, or March 22, 2022, Defendant must file a motion for summary judgment by 120 days after the Complaint was served, or May 6, 2022. In light of the agreed-upon extension for Defendant's response to the Complaint, the parties request that, if Plaintiff has not filed a motion for summary judgment by April 28, 2022,

Stip to Extend Time
C 4:21-cv-09913 HSG

Defendant must file its motion for summary judgment by May 27, 2022.[1]

Dated: March 4, 2022                                Respectfully submitted,

                                                      STEPHANIE M. HINDS
                                                     United States Attorney

                                                     *s/ Elizabeth D. Kurlan*
                                                   ELIZABETH D. KURLAN
                                                   Assistant United States Attorney
                                                   Attorneys for Defendant

Dated: March 4, 2022

                                                   *s/ Daniel P. Pierce*
                                                   DANIEL P. PIERCE *(Pro Hac Vice)*
                                                   BROOKE A. PYO
                                                   Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.  Defendant's response to the Complaint is due by March 29, 2022, and Defendant must file its motion for summary judgment by May 27, 2022.

IT IS SO ORDERED.

Date: 3/8/2022

                                                   HAYWOOD S. GILLIAM, JR.
                                                   United States District Court Judge

---

[1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip to Extend Time
C 4:21-cv-09913 HSG