STEPHANIE M. HINDS (CABN 154284)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
ELIZABETH KURLAN (CABN 255869)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7298
    FAX: (415) 436-6748
    Elizabeth.Kurlan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AAYUSHI ASHOKKUMAR SRIVASTAVA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>    Defendant. | C 4:21-cv-09913 HSG<br><br>**STIPULATION TO AN ADDITIONAL EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT AND ORDER** |

    Plaintiff, by and through her attorney of record, and Defendant, by and through its attorney of record, hereby stipulate to an additional two-day extension of time within which the Defendant must serve the answer or otherwise respond in the above-entitled action. Defendant will file its response on or before March 31, 2022.

    The parties further request a corresponding extension on the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. The parties request that, if Plaintiff has not filed a motion for summary judgment by April 30, 2022, Defendant must file its motion for summary judgment by May 29, 2022.[1]

---

[1] In accordance with Civil Local Rule 5(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stip to Extend Time
C 4:21-cv-09913 HSG

Dated: March 29, 2022　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　STEPHANIE M. HINDS
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　 *s/ Elizabeth D. Kurlan*
　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. KURLAN
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant


Dated: March 29, 2022

　　　　　　　　　　　　　　　　　　　　　　 *s/ Daniel P. Pierce*
　　　　　　　　　　　　　　　　　　　　　　DANIEL P. PIERCE *(Pro Hac Vice)*
　　　　　　　　　　　　　　　　　　　　　　BROOKE A. PYO
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED. Defendant's response to the Complaint is due by March 31, 2022, and Defendant must file its motion for summary judgment by May 29, 2022.

IT IS SO ORDERED.

Date: 3/29/2022

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

Stip to Extend Time
C 4:21-cv-09913 HSG